# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| DAISEY GROSS and ROBERT GROSS, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. CV411-072 ) |
| GEORGIA REGIONAL HOSPITAL, | ) ) ) |
| Defendant. | ) |

## **REPORT AND RECOMMENDATION**

On February 3, 2011, the Court rejected plaintiffs' request to proceed *in forma pauperis* ("IFP") and directed them to pay the $350 filing fee within 21 days of the Order's date or face the dismissal of their action. (Doc. 7.) On February 18, 2011, the Court rejected the plaintiffs' motion for reconsideration, stating that the Order denying IFP status remained the order of the Court. (Doc. 9.) They still have not submitted the filing fee. Accordingly, this case should be **DISMISSED** and all pending motions should be **DENIED**.

**SO REPORTED AND RECOMMENDED** this 30th day of March, 2011.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT of GEORGIA